**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jack Knight, et al., | No. CV-22-00523-TUC-JGZ |
| Plaintiffs, | **ORDER TO SHOW CAUSE** |
| v. | |
| SureFire LLC, et al., | |
| Defendants. | |

On January 26, 2024, Defendant Malkoff Devices Inc. filed a Motion to Exclude Expert Opinions of Dr. John Olson and Alex Soo. (Doc. 48.) Plaintiff had 14 days to file a response. LRCiv 7.2(c). Plaintiff failed to file a response to the Motion to Exclude.

Also on January 26, 2024, Defendant Malkoff Devices Inc. filed a Motion for Summary Judgement. (Doc. 49.) Plaintiff had 30 days to file a response. LRCiv 56.1(d). Plaintiff also failed to file a response to the Motion for Summary Judgement.

Pursuant to Local Rule of Civil Procedure 7.2(i), if "counsel does not serve and file the required answering memoranda…such non-compliance may be deemed a consent to the denial or granting of the motion and the Court may dispose of the motion summarily." Accordingly,

**IT IS ORDERED** that within **seven (7) days** of the date of this order, Plaintiff must show cause why dismissal Defendant Malkoff Devices Inc. is not warranted.

Dated this 7th day of March, 2024.

Jennifer G. Zipps
United States District Judge